UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                    Case No. 06-CR-136

JOHN J. SLOAN and
JAMES L. MACKEN,

        Defendants.

---

## PRELIMINARY ORDER OF FORFEITURE
---

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of plea agreements, and in consideration of the guilty pleas of the above-named defendants to Count One of the Indictment, defendants John Sloan and James Macken agree to the forfeiture of their interest in the properties named in the forfeiture provision of the Indictment filed on June 6, 2006, and in the Bill of Particulars filed on September 18, 2006;

**IT IS HEREBY ORDERED** that any right, title and interest of the defendants in the properties described below is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d):

1. Approximately $337.77 in U.S. Currency seized from John J. Sloan on August 11, 2004.[1]

2. One .380 caliber Hi-Point Model CF380, serial number P773824.

---

[1] The Indictment incorrectly listed $517.77, which was subsequently corrected in the Bill of Particulars on September 18, 2006.

**IT IS FURTHER ORDERED** that the above items shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

**IT IS FURTHER ORDERED** that the United States' forfeiture claim against approximately $2,555.89 in U.S. currency seized from John J. Sloan on August 1, 2003, and the money judgment in the amount of $100,000 for gross proceeds of all drug sales, is dismissed.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the properties according to law.

**IT IS FURTHER ORDERED** that this Order be incorporated by reference in each defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this 14th day of December, 2006.

s/ William C. Griesbach
HONORABLE WILLIAM C. GRIESBACH
UNITED STATES DISTRICT JUDGE