UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No. 06-CR-136

JOHN J. SLOAN,

    Defendant.

**ORDER**

    Defendant John J. Sloan has filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), which authorizes the retroactive application of the two level reduction in crack cocaine cases in an effort to bring the sentence ranges for those offenses under the United States Sentencing Guidelines more in line with the sentence ranges for powder cocaine. Unfortunately, Sloan is not eligible for any reduction under that provision. The offense of conviction carried a mandatory minimum sentence of twenty years, which is the sentence Sloan received. The guideline sentence was in fact greater than the mandatory minimum, but the Court elected to impose the statutory minimum. Under these circumstances, the defendant is entitled to no further relief. Accordingly, the motion is denied.

    **SO ORDERED** this   6th   day of November, 2009.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge